# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MELISSA DAVIS, as Administratrix of　　　　　　　　　　　　　　　　　　　　PLAINTIFF
the ESTATE OF BRIAN DAVIS, Deceased,
and survivors on behalf of Brian Davis

v.　　　　　　　　　　　　　　No. 3:14CV00073 JLH

TOYOTA MOTOR CORPORATION; and
TOYOTA MOTOR SALES USA, INC.　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The joint motion to stay all proceedings pending completion of the settlement process in related litigation is GRANTED. Document #10. This action is hereby stayed pending completion of the settlement process described in the joint motion. The Court directs the parties to file a joint status report every ninety (90) days until the settlement process is completed. Upon completion of the settlement process, if this action is settled, the parties must notify the Court so the action can be dismissed; and if the action is not settled, the parties must notify the Court so that a new scheduling order can be issued.

IT IS SO ORDERED this 17th day of July, 2014.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE