## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | |
|---|---|
| MELISSA DAVIS, as Administratrix of<br>the ESTATE OF BRIAN DAVIS, Deceased,<br>and survivors on behalf of Brian Davis | PLAINTIFF |
| v.   No. 3:14CV00073 JLH | |
| TOYOTA MOTOR CORPORATION; and<br>TOYOTA MOTOR SALES USA, INC. | DEFENDANTS |

### ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice with each party to bear its own fees and costs.

IT IS SO ORDERED this 7th day of January, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE